AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Federal District of New Mexico

FILED
At Albuquerque NM
FEB 19 2014
MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 14-MJ-513 |
| Eddie MITCHELL | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/19/2014__ in the county of __Bernalillo__ in the __Federal__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)<br>21 U.S.C. 841(b)(1)(B) | Possess with Intent to Distribute 500 grams or more of a substance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
Complainant's signature

Kevin J. Small Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/19/14

_____
Judge's signature

City and state: Albuquerque, New Mexico

Printed name and title

On February 19, 2014, Special Agents(SA) Kevin Small and Jarrell Perry and Task Force Officer Rudy Mora were at the Amtrak Train Station in Albuquerque, New Mexico when Amtrak Train Number 4 arrived from Los Angeles, California.

SA Small eventually boarded Sleeper Car 431 and stood in the vestibule area. An unknown male, later identified as Eddie MITCHELL walked out to the vestibule area and stood by SA Small. SA Small showed MITCHELL his Drug Enforcement Administration badge which was hanging around his neck and visible to the public. SA Small identified himself as a police officer and asked for and received permission to speak to him. After a short conversation SA Small asked for and received permission to search MITCHELL's luggage for guns, drugs and contraband. MITCHELL stated his luggage was in his room, room 14 of Sleeper Car 431. A search of the luggage was negative. SA Small then asked for and received permission to search his room. That search was also negative.

SA Small then asked MITCHELL if he had anything strapped to him and MITCHELL replied "no sir". SA Small asked MITCHELL "would you give me permission to search you real fast". MITCHELL did not verbally respond but immediately held up his hands up by his head indicating to SA Small that he was consenting to a search. SA Small searched MITCHELL's body and located a large bundle near his lower stomach area which SA Small immediately knew to be illegal drugs. SA Small and SA Perry arrested MITCHELL.

MITCHELL was transported to the Albuquerque District Office of the Drug Enforcement Administration where a complete search of MITCHELL was completed. SA Small seized 1.20 gross kilograms of suspected cocaine from MITCHELL's person. SA Small field tested the suspected cocaine and received a positive reaction for cocaine.

Kevin J. Small, Special Agent DEA

United States Magistrate Judge