IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                              CRIMINAL No. 14-CR-0777 MV

EDDIE MITCHELL,

    Defendant.

## ORDER

THIS MATER comes before the Court upon the United States' unopposed *Motion To Dismiss* the indictment. *See* Fed. R. Crim. P. 48(a). This Court having carefully considered the motion and the grounds therefore finds that the motion is well taken as in the best interests of justice.

IT IS THEREFORE ORDERED that the indictment is hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the United States Marshall Service shall release the Defendant forthwith.

IT IS FURTHER ORDERED that Defendant is released without any conditions or supervision.

_____
MARTHA VAZQUEZ
United States District Judge

Respectfully submitted,
WILLIAM J. PFLUGRATH
Assistant United States Attorney
(505) 346-727